Robert J. HARTE, Appellant

v.

BETHLEHEM STEEL CORPORA-
TION; General Pension Board of the
Bethlehem Steel Corporation and
Subsidiary Companies; Michael P.
Dopera, Secretary, Employee Benefits
Administration Committee.

No. 98–2052.

United States Court of Appeals,
Third Circuit.

March 21, 2000.

Before: BECKER, Chief Judge,
McKEE, and NOONAN,* Circuit Judges.

SUR PETITION FOR PANEL
REHEARING

The petition for rehearing filed by ap-
pellees having been submitted to the
judges who participated in the decision of
this court, the petition for panel rehearing
is GRANTED. The panel opinion is vacat-
ed. Appellant shall file a memorandum
withing two weeks responding to the con-
tentions set forth in the Petition for Re-
hearing.